IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ROBERT L. KING and KEILEN REYNOLDS, | |
|---|---|
| Plaintiffs, | Case No. 3:24-cv-00167-SLG |
| v. | |
| STATE OF ALASKA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

## ORDER OF DISMISSAL

On August 1, 2024, self-represented prisoners Robert L. King and Keilen Reynolds ("Plaintiffs") filed a civil complaint against the State of Alaska Department of Corrections.[1] On September 19, 2024, the Court notified Plaintiffs that the filing was deficient because Plaintiffs had not paid the filing fee or filed completed applications to proceed without prepaying the filing fee.[2] The Court also dismissed the Complaint for failure to state a claim upon which relief could be granted and provided Plaintiffs with information and an opportunity to file an amended complaint. The Court cautioned that if Plaintiffs failed to file an amended complaint *and* either pay the filing fee or file individual applications to waive prepayment of the filing fee within 30 days of that order, issued on September 19, 2024, the case

---

[1] Docket 1.

[2] Docket 3.

would be dismissed.[3] To date, Plaintiffs have not responded. Therefore, this case must be dismissed as deficient.

**IT IS THEREFORE ORDERED:**

1. This action is **DISMISSED.**

2. All pending motions are **DENIED as moot.**

3. The Clerk of Court shall issue a final judgment.

DATED this 1st day of November 2024, at Anchorage, Alaska.

> */s/ Sharon L. Gleason*
> SHARON L. GLEASON
> UNITED STATES DISTRICT JUDGE

---

[3] Docket 3.